IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAELA LENNON, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JO ANNE BARNHART, Commissioner, ) <br> ) <br> Defendant. ) <br> _____) | 1:05cv1189 REC DLB <br><br> ORDER TO SHOW CAUSE |

On September 16, 2005, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of her application for benefits. On September 20, 2005, the Court issued a Scheduling Order. The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

1

On January 10, 2006, Defendant lodged the administrative record. Plaintiff's opening brief was therefore due on or before April 15, 2006. Plaintiff has failed to file her brief.

Therefore, Plaintiff is ordered to show cause, if any she has, why the action should not be dismissed for failure to comply with the September 20, 2005, Scheduling Order. Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order. If Plaintiff desires more time to file her brief, she should so state in her response.

Failure to respond to this Order to Show Cause will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   June 9, 2006                  /s/ Dennis L. Beck
3b142a                                  UNITED STATES MAGISTRATE JUDGE

2