1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                            EASTERN DISTRICT OF CALIFORNIA

9

10   MICHAELA LENNON,                    )        1:05cv1189 OWW DLB
                                          )
11                                        )        ORDER ADOPTING FINDINGS
                                          )        AND  RECOMMENDATION
12                                        )
                      Plaintiff,          )
13                                        )
             vs.                          )
14                                        )
     JO ANNE BARNHART, Commissioner,      )
15                                        )
16                    Defendant.          )
     _____)
17

18          On September 16, 2005, Plaintiff filed the present action in this Court.

19          On July 18, 2006, the Magistrate Judge issued Findings and Recommendation that Plaintiff's

20   complaint be dismissed for Plaintiff's failure to follow the Court's order and failure to prosecute the

21   action.  This Findings and Recommendation was served on all parties and contained notice that any

22   objections were to be filed within thirty (30) days of the date of service of the order.  Over thirty (30)

23   days have passed and no party has filed objections.

24          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

25   *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings

26   and Recommendation is supported by the record and proper analysis.

27

28                                               1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.     The Findings and Recommendation issued July 18, 2006, is ADOPTED IN FULL;

3                 and

4          2.     Plaintiff's appeal is DISMISSED.

5

6   IT IS SO ORDERED.

7   **Dated:    August 22, 2006          /s/ Oliver W. Wanger**
    emm0d6                            UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    2